Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID LEDGER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | C09-0466-JCC<br><br>**ORDER** |

This matter comes before the Court on the report and recommendation of Magistrate Judge James P. Donohue. (Dkt. No. 21). Neither party has objected to the report and recommendation.

The Court hereby ADOPTS the report and recommendation. The Court therefore REVERSES the Commissioner's final decision in this matter, and REMANDS this case to the Social Security Administration for further proceedings not inconsistent with the report and recommendation.

SO ORDERED this 23rd day of February, 2010.

_/s/ John C. Coughenour_
JOHN C. COUGHENOUR
United States District Judge